FILED
JUN 21 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**Name and Prisoner/Booking Number:** JARED MARTIN #1199594
**Place of Confinement:** MADERA COUNTY JAIL
**Mailing Address:** 195 TOZER STREET
**City, State, Zip Code:** MADERA, CA 93638

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**(Full Name of Plaintiff):** JARED ANDREW MARTIN
Plaintiff,

v.

**(Full Name of Defendant):**
(1) OFFICER NORTHCUTT
(2) SERGEANT WILLIAMS
(3) CHRISTIAN PFEIFFER
(4) KATHLEEN ALLISON
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:22CV00748 EPG (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

RECEIVED
JUN 21 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: KERN VALLEY STATE PRISON

## B. DEFENDANTS

1. Name of first Defendant: **Officer Northcutt**. The first Defendant is employed as: **Correctional Officer** (Position and Title) at **Kern Valley State Prison** (Institution).

2. Name of second Defendant: **Sergeant William**. The second Defendant is employed as: _____ (Position and Title) at **Kern Valley State Prison** (Institution).

3. Name of third Defendant: **Christian Pfeiffer**. The third Defendant is employed as: **Warden** (Position and Title) at **Kern Valley State Prison** (Institution).

4. Name of fourth Defendant: **Kathleen Allison**. The fourth Defendant is employed as: **Secretary** (Position and Title) at **CDCR** (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **3**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Martin** v. **Castillo**
      2. Court and case number: **Eastern District 1:22-cv-00008**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending**

   b. Second prior lawsuit:
      1. Parties: **Martin** v. **Tyson J. Pogue**
      2. Court and case number: **Eastern District 1:22-cv-00560**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending**

   c. Third prior lawsuit:
      1. Parties: **Martin** v. **Gutierrez**
      2. Court and case number: **1:22-cv-00600**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 1st, 4th, 5th, 6th, Eighth and 14th Amendment Constitution.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On March 9, 2021 Officer Northcutt hit me in the head several times and grabbed my arm. He then pulled it through bars and slammed my left arm on the bars multiple times. Then dragged my arm downward in a pulling motion scrapping it on the bars. He did this while I was behind prison bars. I was not being unruly and I was alone in the cell. I was no threat to anyone. Then officer Northcutt unlocked the cell pulled me out then twisted my arm up in what's called a chicken wing motion. He took me and threw me in another cell and then began to taunt me. Officer Northcutt threatened to kill me. Quote "you're going to be the next George Floyd." I was assaulted and beaten for no reason.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I had black and blue marks on my arm. There was pain for several days, my head hurt from the punches. I still suffer mental trauma.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM II

1. State the constitutional or other federal civil right that was violated: 1RSt, Fourth, 5th, Sixth, 8th AND 14th Amendments U.S. Constitution

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Sergeant Williams did not try to stop Northcutt from beating me. Williams also denied me medical treatment for the injuries. Sergeant Williams tried to cover up what happened by hiding me in what called ad seg overflow. He (Williams) refused to report the attack by Northcutt. Sergeant Williams also told me to keep quiet about what happened or there would be more violence against me. Williams threatened me on at least three other occasions because I continued to put in 602 staff complaints about him and Northcutt. I was assaulted, threatened to get killed, they purposely took and hid my legal papers and property. Williams continued to lie about the incident and claim he was not there when it happened. Williams was there and covered it up. Since that day March 9, 2021, Northcutt has attacked me again. Both he and Williams have threatened to hurt me.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I had to go without medical treatment, I was denied my legal papers. I was unable to get help from prison employees. I have suffered mental and physical pain.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM III

1. State the constitutional or other federal civil right that was violated: 1st, 4th, 5th, 6th, 8th And 14th Amendments United States Constitution.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☑ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Those correctional officers beat me and stole my legal documents, court papers and property. They intended to prevent me from getting my belongings and getting into the court. Williams and Northcutt and others who were present knew I had active cases in court because I told them. Those men intended to make me and my property disappear. I contacted Warden Christian Pfeiffer and Kathleen Allison the Secretary of California Department of Corrections and Rehabilitation. Both Christian Pfeiffer and Kathleen Allison knew I had been beaten, they were aware Northcutt and Williams continued to harass and attack and threaten me. Neither Allison nor Pfeiffer lifted a finger to stop the misconduct, torture, abuse and terrorism.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _____
   _____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III?   ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I WANT ALL FOUR DEFENDANTS FIRED AND ARRESTED. I WANT STATE AND FEDERAL JUSTICE DEPARTMENT INVESTIGATION OF KERN VALLEY STATE PRISON AND CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. I WANT U.S. ATTORNEY ASSISTANCE AND FBI PROTECTION. THESE PEOPLE ARE TRYING TO MURDER ME. I WANT 700 MILLION DOLLARS IN DAMAGES. THESE ACTIONS ARE UNLAWFUL, SADISTIC, MALICIOUS, TORTURE, UNCONSTITUTIONAL.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2022
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.