UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER NORTHCUTT, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00748-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *INFORMA PAUPERIS* WITHOUT PREJUDICE<br><br>(ECF No. 2)<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

　　　　Plaintiff Jared Andrew Martin is incarcerated at Madera County Jail and is proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. Plaintiff has submitted an application to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915. (ECF No. 2). Plaintiff's application, however, is incomplete. Plaintiff has not submitted his application on the applicable form (AO 240) nor provided all information required by the form. Because of these omissions, Plaintiff's IFP application must be denied with leave to refile.

　　　　Accordingly, IT IS ORDERED that:

　　　　1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED without prejudice.

　　　　2. **Within thirty (30) days** from the date of service of this order, Plaintiff shall submit

the attached application to proceed *in forma pauperis*, completed and signed or, in the alternative, pay the $402.00 filing fee for this action.  **No request for an extension of time will be granted without a showing of good cause**.  **Failure to comply with this order may result in a recommendation for the dismissal of this action.**

3. The Clerk of Court is DIRECTED to attach to this Order a blank application form (AO 240) to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **June 23, 2022**                                  /s/ Erica P. Grosjean
                                                                              UNITED STATES MAGISTRATE JUDGE