UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>                           Plaintiff,<br><br>     v.<br><br>OFFICER NORTHCUTT, et al.,<br><br>                           Defendants. | Case No. 1:22-cv-00748-ADA-EPG (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF CHANGE OF ADDRESS OR CONFIRM CURRENT ADDRESS WITHIN FOURTEEN DAYS |

Jared Martin ("Plaintiff") is a prisoner (or former prisoner) proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. According to the Court's docket, Plaintiff is incarcerated at Madera County Jail. However, the Court takes judicial notice of another case filed by Plaintiff, Martin v. Fisher ("Martin I"), E.D. CA, Case No. 1:22-cv-00847. In Martin I, mail sent to Plaintiff at Madera County Jail was returned as undeliverable, Plaintiff's deadline to update his address expired, and the Court issued findings and recommendations, recommending that the case be dismissed. See Martin I, ECF No. 12.

As it appears that Plaintiff's address is not correct, the Court will require Plaintiff to either file a notice of change of address or to confirm his current address within fourteen days. Local Rule 182(f) ("Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party. Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective").

1

Accordingly, IT IS ORDERED that, within fourteen days from the date of service of this order, Plaintiff shall either file a notice of change of address or confirm his current address. Failure to comply with this order may result in the imposition of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **May 15, 2023**                       /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE