UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER NORTHCUTT, et al.,<br><br>　　　　Defendants. | No. 1:22-cv-00748-ADA-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 17). |

　　　Plaintiff Jared Andrew Martin ("Plaintiff") is a prisoner (or former prisoner) proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to the assigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　The assigned Magistrate Judge issued findings and recommendations recommending dismissal of Plaintiff's case, without prejudice, because of Plaintiff's failure to comply with the Court's order to update his address and Plaintiff's failure to prosecute this case. (ECF No. 17.) The findings and recommendations contained notice that any objections were to be filed within fourteen days after service. To date, no objections have been filed, and the time to do so has passed.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. This case is dismissed, without prejudice, because of Plaintiff's failure to prosecute this case; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 18, 2023

_____
UNITED STATES DISTRICT JUDGE